# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ALEX DUNTE GREEN,<br><br>        Defendant. | **4:20CR3008**<br><br>**ORDER** |

Defendant has orally moved to continue the pretrial motion deadline and trial because Defendant was granted new counsel on February 20, 2020, and newly appointed counsel needs additional time to review discovery and prepare for trial. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's oral motion to continue is granted.

2) Pretrial motions and briefs shall be filed on or before April 10, 2020.

3) The trial of this case is continued pending resolution of pretrial motions.

4) The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between February 20, 2020 and April 10, 2020, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that Defendant needs additional time to adequately prepare the case, and a failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1)(D) and (h)(7)(A) & (B). Failing to timely object to this order as provided under this court's local rules

will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

March 12, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge