IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:20CR3008 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| ALEX DUNTE GREEN, | |
| Defendant. | |

IT IS ORDERED that Defendant's motion in limine (filing 37) shall be held in abeyance and not considered until the first day of trial, during the conference which will be held immediately prior to trial, unless a party shall show cause, within 10 days of this order, why such deferral would be inappropriate.

Dated this 10th day of April, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge