IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **4:20CR3008** |
| Plaintiff, | |
| vs. | **MEMORANDUM AND ORDER** |
| ALEX DUNTE GREEN, | |
| Defendant. | |

On April 27, 2020, Magistrate Judge Cheryl R. Zwart made certain findings and recommended that I deny Defendant's motion to suppress (Filing No. 31). Judge Zwart also entered an order denying Defendant's motion to require the government to disclose the identity of a confidential informant ("CI") (Filing No. 35).

On May 12, 2020, Defendant filed a statement of objections (Filing No. 50) to the Magistrate Judge's findings, recommendation, and order (Filing No. 46). The government responded to Defendant's objections on May 22, 2020 (Filing No. 52).

Regarding the recommended disposition of Defendant's motion to suppress, I have conducted a de novo review of the record pursuant to 28 U.S.C. § 636(b). I find that inasmuch as Judge Zwart has fully, carefully, and correctly found the facts and applied the law, her findings and recommendation should be adopted, Defendant's objections should be denied, and Defendant's motion to suppress should be denied in its entirety and without a hearing.

Regarding Judge Zwart's denial of Defendant's motion to require disclosure of the CI's identity, I find after careful review that the challenged order is not clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1)(A). Defendant's objections to the order therefore will be denied.

Accordingly,

IT IS ORDERED:

1. The Magistrate Judge's findings and recommendations entered on April 27, 2020 (Filing No. 46), are adopted.

2. Defendant's motion to suppress (Filing No. 31) is denied in its entirety.

3. The Magistrate Judge's order entered on April 27, 2020 (Filing No. 46), is sustained, and shall not be disturbed.

4. Defendant's statement of objections (Filing No. 50) is denied in all respects.

Dated this 28th day of May, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge