## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:20CR3008** |
| vs. | |
| ALEX DUNTE GREEN, | **ORDER** |
| Defendant. | |

A conference call was held with counsel this afternoon. On the joint oral motion of counsel and because a critical witness is exhibiting Covid-19 symptoms,

IT IS ORDERED that:

(1)    Trial of this matter is continued until further order of the court.

(2)    The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice.  See 18 U.S.C. § 3161.

(3)    The defendant and counsel of record shall appear before the undersigned on Monday, August 17, 2020, at 8:30 a.m., in Courtroom 2, Robert V. Denney Federal Building and U.S. Courthouse, Lincoln, Nebraska.

Dated this 16th day of August, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge