IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>ALEX DUNTE GREEN,<br><br>                Defendant. | 4:20CR3008<br><br>**ORDER** |

    Because this matter was continued for trial due to concerns that a critical witness has Covid-19,

    IT IS ORDERED that this matter is referred to Magistrate Judge Zwart for trial setting. She should confer with counsel before setting trial.

    Dated this 17th day of August, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge