IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:20CR3008 |
| vs. | |
| ALEX DUNTE GREEN, | ORDER |
| Defendant. | |

    I held a hearing today that included a discussion of competence of the defendant. I was informed of the defendant's medical condition and the possible implications of that medical condition regarding competency. Defense counsel believes that Mr. Green is competent and there is nothing in the record that I am aware of that would indicate otherwise. Indeed, I have carefully reviewed the record and any matters raised therein regarding the defendant's medical condition. Although, as I said, the possibility of such impairment caused me to inquire.

    IT IS ORDERED that I therefore find the defendant is competent to proceed. If things change, counsel should advise me immediately.

    Dated this 17th day of August, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge