IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>ALEX DUNTE GREEN,<br><br>                 Defendant. | **4:20CR3008**<br><br>**MEMORANDUM AND ORDER** |

      With counsel for the prosecution and defense present, and Mr. Green in attendance, a *Frye* hearing was held today. Two firm alternative plea offers were rejected by the defendant. The plea offers were oral, but clear. After considering the matter including addressing Mr. Green, I find and conclude that Mr. Green's rejection of the plea offers was knowing, intelligent and voluntary and that Mr. Green had adequate time to consider them and to consult privately with his counsel. Indeed, Mr. Green told me that he did not want to continue the hearing to give him additional time to consider the offers despite my willingness to do so. Counsel for the prosecution and defense were advised to notify me if further firm plea offers were made that required a *Frye* hearing.

      IT IS ORDERED that no further *Frye* hearings are required unless counsel advise me otherwise.

      Dated this 17th day of August, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge