IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br>vs.<br><br>ALEX DUNTE GREEN,<br><br>                  Defendant. | **4:20CR3008**<br><br>**ORDER** |

      Defendant has moved for new counsel because Defendant is not satisfied with counsel's representation, (Filing No. 95), and Defense counsel has moved to withdraw, (Filing No. 96). Defendant is eligible for appointed counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska, but he has elected to retain Timothy S. Noerrlinger as his counsel. Mr. Noerrlinger has now entered his appearance as defense counsel.

      IT IS ORDERED:

1) The motion of Gregory Damman to withdraw as counsel of record for Defendant, (Filing No. 96), and Defendant's motion for new counsel, (Filing No. 95), are granted.

2) Defendant's newly retained counsel, Timothy S. Noerrlinger, shall promptly notify Defendant of the entry of this order.

3) The clerk shall delete Gregory Damman from any future ECF notifications herein.

October 28, 2020.

                                                      BY THE COURT:

                                                      *s/ Cheryl R. Zwart*
                                                      United States Magistrate Judge